**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSE ECHEVARRIA GUTIERREZ,

Petitioner,

v.

Case No. 1:26-cv-03346-MIS-JHR

WARDEN, in his capacity as Warden of Torrance County Detention Center; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; DAVID J. VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director, El Paso Field Office, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and TODD BLANCHE, in his official capacity as Attorney General of the United States,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

THIS MATTER is before the Court on Petitioner Jose Echevarria Gutierrez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"), ECF No. 1, filed October 5, 2026. Briefly, Petitioner alleged that his ongoing indefinite detention violated his Fifth Amendment Due Process rights as set forth in Zadvydas v. Davis, 533 U.S. 678 (2001). See generally Pet. On October 6, 2026, the Court ordered Respondents to answer the Petition and show cause why relief should not be granted. ECF No. 4. On October 16, 2026, Respondents filed both a Response to the Petition ("Response"), ECF No. 6, and an Emergency Motion to Lift Order Enjoining Transfer, ECF No. 7, in which they asserted Petitioner was scheduled to be removed on

October 22, 2026. The Court granted the Respondents' Motion and directed them to file a status report by October 26, 2026, stating whether Petitioner had been removed. ECF No. 8 at 2-3. Respondents report that Petitioner was removed from the United States on or about October 22, 2026, by commercial airline flight. ECF No. 9.

Thus, having been removed from the United States, Petitioner is no longer in custody, and the Court dismisses his Petition as moot. See Munaf v. Geren, 553 U.S. 674, 685 (2008) (citing 28 U.S.C. §§ 2241(c)(1), (3)) ("The habeas statute provides that a federal district court may entertain a habeas application by a person held 'in custody under or by color of the authority of the United States,' or 'in custody in violation of the Constitution or laws or treaties of the United States.'").

Accordingly, it is **HEREBY ORDERED** that Petitioner Jose Echevarria Gutierrez's Petition for a Writ of Habeas Corpus, ECF No. 1., is **DISMISSED**.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE